```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 07332
    JERRY W JONES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8674


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/23/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors      .00%.

     The case was dismissed after confirmation 12/10/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
----------------------------------------------------------------------
BROWN UDELL & POMERANTZ   NOTICE ONLY     NOT FILED          .00              .00
FISHER & SHAPIRO          NOTICE ONLY     NOT FILED          .00              .00
SPECIALIZED LOAN SERVICI  CURRENT MORTG        .00           .00              .00
SPECIALIZED LOAN SERVICI  MORTGAGE ARRE   25160.81           .00          1430.02
BENJAMIN LEGAL SERVICE    PRIORITY        NOT FILED          .00              .00
ACME CONTINENTAL C U      UNSECURED       NOT FILED          .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         932.77           .00              .00
CAPITAL ONE               UNSECURED            .00           .00              .00
IC SYSTEMS                UNSECURED       NOT FILED          .00              .00
NICOR GAS                 UNSECURED         699.42           .00              .00
OCWEN LOAN SERVICES       NOTICE ONLY     NOT FILED          .00              .00
HSBC BANK USA             SECURED NOT I  178855.68           .00              .00
HSBC BANK USA             SECURED NOT I   24710.41           .00              .00
FORD MOTOR CREDIT         UNSECURED        5421.10           .00              .00
BENJAMIN LEGAL SERVICE    DEBTOR ATTY      2,474.00                        479.23
TOM VAUGHN                TRUSTEE                                          138.75
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             2,048.00

PRIORITY                                        .00
SECURED                                    1,430.02
UNSECURED                                       .00
ADMINISTRATIVE                               479.23
TRUSTEE COMPENSATION                         138.75
DEBTOR REFUND                                   .00
                   ---------------       ---------------
TOTALS              2,048.00                2,048.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07332 JERRY W JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```